UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
MARY BOVA,

                          Plaintiff,                07 CIV 3927 (WCC)(GAY)

        -against-                                    STIPULATION OF
                                                             DISCONTINUANCE

LOUIS PUBLIC COMPANY, LIMITED and
GROUP VOYAGERS, INC.,

                          Defendants.
------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above CAPTIONED action be, and the same is hereby discontinued against the defendants LOUIS PUBLIC COMPANY, LIMITED and GROUP VOYAGERS, INC., with prejudice, and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Dated: Chappaqua, New York
January 24, 2008

LAW OFFICE OF TODD J. KROUNER

*Todd J. Krouner*
By: Todd J. Krouner (TK0308)
Attorneys for Plaintiffs

93 North Greeley Ave.
Suite 100
Chappaqua, New York, 10514

FREEHILL HOGAN and MAHAR, LLP

By: Michael Unger (MU____)
Attorneys for Defendant *Louis Public Company, Ltd.*

80 Pine Street
New York, NY 10005

NIXON, PEABODY, LLP

By: Mr. Scott Eisenberg (SE 3775)
Attorneys for Defendant *Group Voyagers*, Inc.

50 Jericho Quadrangle, Suite 300
Jericho, NY 11753

SO ORDERED:

*William C. Conner*
U.S.D.J.

Dated: 01-25-08
White Plains, NY